No. 199.   WALSH, SHERIFF, *v.* UNITED STATES EX REL. WHITE.   *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is reversed and the cause is remanded to the District Court with directions to discharge the writ of habeas corpus and remand the re-

spondent to custody. *John S. Boyle* for petitioner. *Joseph I. Bulger* and *Ode L. Rankin* for respondent.